2024R00570-001

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

In the Matter of the Subpoena Regarding   No. 4:24-mc-119

24-307-04                                 **MOTION TO SEAL**

---

The United States hereby moves this Court for an order:

Permanently sealing the attachment to the subpoena filed in this matter and sealing the redacted attachment to the subpoena for a period of 180 days, subject to renewal, in that the attachment to the subpoena filed herein discusses an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal the attachment to the subpoena because premature disclosure may seriously jeopardize that investigation.

Dated this <u>18th</u> day of November, 2024.

ALISON J. RAMSDELL
United States Attorney

*/s/ Jeremy Jehangiri*

Jeremy R. Jehangiri
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: jeremy.jehangiri@usdoj.gov

2024R00570-001

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Subpoena Regarding   No. 4:24-mc-119

24-307-04                                 **ORDER TO SEAL**

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That the attachment to the subpoena filed in this matter be permanently sealed.

2. That the redacted attachment to the subpoena filed in this matter shall be sealed for a period of 180 days, subject to renewal, unless ordered otherwise by the Court.

3. That the Clerk of this Court shall automatically unseal the redacted attachment to the subpoena after the passage.

Dated: November 18, 2024

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge